IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | CIVIL ACTION |
| v. | : : | |
| ESTEE LAUDER COMPANIES, INC. | : | NO. 17-3897 |

## ORDER

**AND NOW**, this 27th day of February, 2018, upon consideration of the parties' third Joint Motion to Stay All Deadlines (Docket No. 12), in which the parties seek to extend the stay of this case for an additional ninety days, stating that they have agreed to a settlement in principle and need additional time to finalize the terms of the settlement agreement and an anticipated Consent Decree, **IT IS HEREBY ORDERED** that the third Joint Motion to Stay is **GRANTED**, and the deadlines in this action are **STAYED** until June 5, 2018.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.